**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

ESTELLA WHITT
    Chapter 13
        Debtor                             CASE No 18-11002 MDC

## ADDENDUM TO AMENDED CHAPTER 13 PLAN 10/11/18

Paragraph 5(B)(1) of the plan is amended to reflect Box checked for

    "ALL DEBTOR'S PROPERTY IS CLAIMED AS EXEMPT."


Date: January 7, 2019

                                            /s/ Michael A. Cohen, Esquire
                                            2113 Snyder Ave
                                            Philadelphia, PA 19145
                                            215-873-1159 fax 267-519-3506
                                            PA Bar #93044