**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

In re:

ESTELLA WHITT
     Chapter 13
        Debtor                        CASE No 18-11008 MDC

<u>CERTIFICATE OF NO RESPONSE</u>

     I, Michael A. Cohen, Esquire, counsel for the Debtor, do hereby certify that, on January 9, 2019, service was made by first class U.S. mail, postage prepaid/ or by ECF, a true and correct copy of the Notice of Fee Application and the Fee Application upon creditors, Debtor, the Standing Trustee and the U.S. Trustee, per the certificate of service. To date no objection, notice or answer or other administrative claim has been filed or served upon undersigned counsel.

Date: February 5, 2019               By:    /s/ Michael A. Cohen
                                   Michael A. Cohen, Esquire
                                   2113 Snyder Ave
                                   Philadelphia, PA 19145
                                   215-873-1159
                                   fax 267-519-3506
                                   PA Bar #93044