UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

ESTELLA WHITT                                      Chapter 13
      Debtor                                          CASE No 18-11002 MDC

## **ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Michael A. Cohen Esquire, Counsel for Debtor (the Application) and after Notice and an opportunity to be heard having been given to the United States Trustee the Standing Trustee, secured creditors in plan, and debtor, and a Certificate of No Response having been filed, and good cause having been shown,

IT IS ORDERED THAT:

1. The Fee Application is APPROVED; and

2. Compensation for professional service rendered in the amount of $2,600.00 and reimbursement of expenses, in the amount of $0, are ALLOWED, and the standing Trustee shall disburse from the funds being held the amount of **$1,500.00** directly to Michael A. Cohen, Esq., Counsel for Debtor.

It is hereby ORDERED this 26th day of February, 2019.

_____
HONORABLE Magdeline D. Coleman
UNITED STATES BANKRUPTCY JUDGE