United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-11002-mdc
Estella Whitt                                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Feb 26, 2019
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2019.
db         +Estella Whitt,   7336 Garman St,   Philadelphia, PA 19153-2209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2019                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2019 at the address(es) listed below:
          KEVIN G. MCDONALD   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
          MICHAEL ADAM COHEN   on behalf of Debtor Estella  Whitt mcohen1@temple.edu
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                     TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

ESTELLA WHITT                                                    Chapter 13
      Debtor                                              CASE No 18-11002 MDC

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Michael A. Cohen Esquire, Counsel for Debtor (the Application) and after Notice and an opportunity to be heard having been given to the United States Trustee the Standing Trustee, secured creditors in plan, and debtor, and a Certificate of No Response having been filed, and good cause having been shown,

IT IS ORDERED THAT:

1. The Fee Application is APPROVED; and

2. Compensation for professional service rendered in the amount of $2,600.00 and reimbursement of expenses, in the amount of $0, are ALLOWED, and the standing Trustee shall disburse from the funds being held the amount of $1,500.00 directly to Michael A. Cohen, Esq., Counsel for Debtor.

It is hereby ORDERED this 26th day of February, 2019.

_____
HONORABLE Magdeline D. Coleman
UNITED STATES BANKRUPTCY JUDGE