Certificate Number: 03088-PAE-DE-037280434

Bankruptcy Case Number: 18-11002



03088-PAE-DE-037280434

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 21, 2023</u>, at <u>2:07</u> o'clock <u>PM CDT</u>, <u>Estella Whitt</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>March 21, 2023</u>

By:  <u>/s/Tania Roman for Doug Tonne</u>

Name:  <u>Doug Tonne</u>

Title:  <u>Counselor</u>