United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                              Case No. 18-11002-mdc
Estella Whitt                                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                  User: admin                  Page 1 of 3
Date Rcvd: Mar 29, 2023            Form ID: 138OBJ            Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Estella Whitt, 7336 Garman St, Philadelphia, PA 19153-2209 |
| 14072634 | + | PHILA GAS WORKS, 800 W MONTGOMERY AVE, PHILADELPHIA PA 19122-2898, ATTN: BANKRUPTCY DEPT, 3FL |
| 14170362 | + | U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 30 2023 00:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 30 2023 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14056267 | + | Email/PDF: bncnotices@becket-lee.com | Mar 30 2023 00:03:26 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14056266 | + | Email/PDF: bncnotices@becket-lee.com | Mar 30 2023 00:03:14 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14171267 | | Email/Text: megan.harper@phila.gov | Mar 30 2023 00:01:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14056268 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 30 2023 00:01:00 | Comenitybank/New York, AttN: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14056269 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 30 2023 00:01:00 | Comenitybank/New York, Po Box 182789, Columbus, OH 43218-2789 |
| 14056271 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 30 2023 00:01:00 | Credit Acceptance, Po Box 513, Southfield, MI 48037-0513 |
| 14056270 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 30 2023 00:01:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 14230041 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 30 2023 00:01:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14056272 | + | Email/Text: bknotice@ercbpo.com | Mar 30 2023 00:01:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14056273 | + | Email/Text: bknotice@ercbpo.com | Mar 30 2023 00:01:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14056274 | ^ | MEBN | Mar 29 2023 23:56:34 | KML Law Group, 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| 14084170 | | Email/PDF: cbp@onemainfinancial.com | Mar 30 2023 00:03:18 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |

Case 18-11002-mdc    Doc 44    Filed 03/31/23    Entered 04/01/23 00:33:55    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: 138OBJ | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| 14056275 | + | Email/PDF: cbp@onemainfinancial.com | Mar 30 2023 00:03:13 | Onemain Financial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 14056277 | + | Email/Text: bncnotifications@pheaa.org | Mar 30 2023 00:01:00 | P H E A A/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14056276 | + | Email/Text: bncnotifications@pheaa.org | Mar 30 2023 00:01:00 | P H E A A/HCB, Attn: Bankruptcy, 1200 N 7th St 3rd Floor, Harrisburg, PA 17102-1444 |
| 14077961 | + | Email/Text: bncnotifications@pheaa.org | Mar 30 2023 00:01:00 | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 14056278 | + | Email/Text: blegal@phfa.org | Mar 30 2023 00:01:00 | Pa Housing Finance Age, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14095541 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2023 00:03:13 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 31, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Estella Whitt brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2          User: admin          Page 3 of 3
Date Rcvd: Mar 29, 2023          Form ID: 138OBJ          Total Noticed: 23
TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Estella Whitt

        Debtor(s)

Case No: 18−11002−mdc

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/29/23